# HEARING MINUTES AND ORDER

Cause No. 3:15cv29
Style: Stefani Hobbs v. Angleton Danbury Hospital Foundation
Hearing Type: Motion Hearing

Appearances:

| **Counsel:** | **Representing:** |
|---|---|
| Keenya Harrold | Plaintiff Stefani Hobbs |
| Shauna Clark | Defendant Angleton Danbury Hospital Foundation |

Date: **January 20, 2016**          ERO: **Lorraine Trevino**
Time: 2:24 - 2:45                    Case Manager: **Dana Perez**

At the hearing, the following rulings were made:

1. Arguments on Motion to Certify Class, Dkt. #32.

2. The Motion to Certify Class, Dkt. #32 is granted in part and denied in part. The court conditionally certifies the class of registered nurses.

3. Parties to file an Agreed Notice and Order with the Court by January 29, 2016.

4. The court will consider a broader class, if necessary.

Signed in Galveston, TX this 20th day of January, 2016.

_/s/ George C. Hanks_
George C. Hanks, Jr.
United States District Judge